# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:22–cv–00462–JWD–EWD

Martin v. Ochsner Clinic Foundation  
Assigned to: Judge John W. deGravelles  
Referred to: Magistrate Judge Erin Wilder–Doomes  
Cause: 42:2000 Job Discrimination (Age)  

Date Filed: 07/08/2022  
Date Terminated: 07/12/2022  
Jury Demand: None  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question  

**Plaintiff**

**Pamela M. Martin**  represented by  **Pamela M. Martin**  
520 Cypress Street  
Raceland, LA 70394  
404–242–1931  
PRO SE  

V.

**Defendant**

**Ochsner Clinic Foundation**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/08/2022 | 1 | COMPLAINT against Ochsner Clinic Foundation, filed by Pamela M. Martin.(NLT) (Entered: 07/11/2022) |
| 07/08/2022 | 2 | MOTION to Proceed in forma pauperis by Pamela M. Martin (NLT) (Entered: 07/11/2022) |
| 07/08/2022 | 3 | MOTION to Appoint Counsel, MOTION to Proceed in forma pauperis by Pamela M. Martin (NLT) (Entered: 07/11/2022) |
| 07/11/2022 |  | MOTION(S) REFERRED: 2 MOTION to Proceed in forma pauperis, 3 MOTION to Appoint Counsel MOTION to Proceed in forma pauperis. This motion is now pending before the USMJ., ***Set CASE REFERRED Pro Se (non–inmate) Flag (NLT) (Entered: 07/11/2022) |
| 07/12/2022 | 4 | Order: IT IS ORDERED, sua sponte, that this action is TRANSFERRED to the U.S. District Court for the Eastern District of Louisiana. IT IS FURTHER ORDERED that the Clerk of Court send a copy of this Order to Pamela M. Martin at her address listed on PACER, 520 Cypress Street, Raceland, LA 70394, via certified mail, return receipt requested. Signed by Magistrate Judge Erin Wilder–Doomes on 7/12/2022. (BLR) Modified on 7/13/2022 to add certified mail receipt 7020 1810 0000 5305 5018 (LLH). (Entered: 07/12/2022) |

*Case #: 3:22–cv–00462–JWD–EWD*